948

No. 86–246. SUMNER, DIRECTOR, NEVADA DEPARTMENT OF PRISONS, ET AL. v. SHUMAN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 85–1986. ANDERSON v. ALASKA. Ct. App. Alaska. Certiorari denied.

No. 85–2049. CHOON YOUNG CHUNG v. NANA DEVELOPMENT CORP. C. A. 4th Cir. Certiorari denied.

No. 85–7031. YOUNG v. SCHMIDT. C. A. 8th Cir. Certiorari denied.

No. 85–7203. REEVES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–22. MICHIGAN v. PARHAM. Ct. App. Mich. Certiorari denied.

No. 86–205. HOWARD TRUCKING CO., INC. v. STASSI ET AL. Sup. Ct. La. Certiorari denied.

No. 86–259. CITY OF DES MOINES, IOWA, ET AL. v. WILLSON. Sup. Ct. Iowa. Certiorari denied.

No. 86–399. HAMILL v. DEPARTMENT OF JUSTICE. C. A. Fed. Cir. Certiorari denied.

No. 86–430. TRANS WORLD AIRLINES ET AL. v. DISSELL. Sup. Jud. Ct. Me. Certiorari denied.

No. 86–433. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK v. KNOWLES. C. A. 4th Cir. Certiorari denied.

No. 86–435. STOWE-WOODWARD CO. v. VIOCK ET AL. Ct. App. Ohio, Erie County. Certiorari denied.